GERALD WEINER, State Bar Number 046132
PROBSTEIN & WEINER
9696 Culver Blvd., Suite 205
Culver City, CA 90232
Phone (310) 836-1400
Fax (310) 836-1420
gbweiner@pwmusiclaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONORA PUBLISHING/EDITORIAL SONORA PUBLISHING CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>AA&O ENTERPRISES, INC., a California corporation; ABEL OROZCO, an individual; and DISCOS LINDA, a business entity of unknown form, and DISCOS LINDA, a limited liability company<br><br>Defendant | CASE NO. CV02-01924 SGL (AJWx)<br><br>Consolidated Actions:<br><br>CV05-01162 SGL (AJWx)<br>CV05-05838 (AJWx)<br><br>[PROPOSED] JUDGMENT |

This action came on for hearing before the Court on August 23, 2010 in Courtroom 680 of this court on a NOTICE OF MOTION AND MOTION FOR ENTRY OF JUDGMENT brought by Plaintiff Sonora Publishing/Editorial Sonora Publishing Corp. The evidence having been presented and having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS HEREBY ORDERED AND JUDGED that said motion be granted and that judgment be granted as follows;

$140,000.00 in favor of Sonora Publishing/Editoria Sonora Publishing Corp. and against Abel Orozco, AA&O Enterprises Inc. and Discos Linda LLC; $150,000.00 in favor of Cintas Acuario and against Abel Orozco, AA&O Enterprises

1  Inc. and Discos Linda LLC; $7,283.90 in attorney's fee awarded to Sonora
2  Publishing/Editoria Sonora Publishing Corp. and against Abel Orozco, AA&O
3  Enterprises Inc. and Discos Linda LLC; $611,102.26 in attorney's fees incurred by
4  three law firms Sonora Publishing/Editoria Sonora Publishing Corp. and against Abel
5  Orozco, AA&O Enterprises Inc. and Discos Linda LL; $83,087.56 in costs incurred
6  by Sonora Publishing/Editoria Sonora Publishing Corp. and against Abel Orozco,
7  AA&O Enterprises Inc. and Discos Linda LLC for a total Judgement in favor of
8  Sonora Publishing/Editoria Sonora Publishing Corp. and Cintas Acuario Inc. and
9  against Abel Orozco, AA&O Enterprises Inc. and Discos Linda LLC in the amount
10 of $992,013.72.

12 Dated: _____Aug 10, 2010_____

14 _____
   Hon. Audrey B. Collins
15 United States District Court Judge.

[PROPOSED] JUDGMENT