NUNC PRO TUNC AUGUST 10, 2010

1  GERALD WEINER, SBN 046132
   PROBSTEIN & WEINER
2  9696 CULVER BOULEVARD, SUITE 205
   CULVER CITY, CA 90232
3  Tel: 310-836-1400
   Fax: 310-836-1420
4  gbweiner@pwmusiclaw.com

5  Attorneys for Plaintiffs

6

7

8                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9

10

11 SONORA PUBLISHING/EDITORIAL SONORA )   Case No. CV02-01924 SGL (AJWx)
   PUBLISHING CORP.,                   )
12                                     )   Consolidated Actions:
                    Plaintiff,         )
13                                     )   CV05-01162 SGL (AJWx)
   v.                                  )   CV05-05838 (AJWx)
14                                     )
15 AA&O   ENTERPRISES,  INC.,  a California)  [PROPOSED] FIRST AMENDED
   corporation; ABEL OROZCO, an individual; and)  JUDGMENT,NUNC PRO TUNC TO DATE OF
16 DISCOS LINDA, a business entity of unknown)  ENTRY OF ORIGINAL JUDGMENT
   form, and DISCOS LINDA, a limited liability)
17 company,                            )
                                       )
18                  Defendants.        )   **NOTE CHANGES MADE BY COURT**
                                       )
19

20        This action came on for hearing before the Court on August 23, 2010, in courtroom 680 of this

21 Court on a Notice of Motion and Motion For Entry of Judgment brought by Editorial Sonora Publishing

22 Corp., a California corporation, aka and dba Sonora Publishing and Sonora Publishing/Editorial Sonora

23 Publishing Corp. ("ESPC") and Cintas Acuario, Inc., a California corporation ("Cintas"). The evidence

24 having been presented and having been fully considered, the issues having been duly heard and a

25 decision having been duly rendered,

26

27

28                                           1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED  that said motion be granted and that this First Amended Judgment be granted and entered as set forth herein,  effective nunc pro tunc to the date of entry of the original judgment, on August 18, 2010,  as follows:

August 10, 2010

1.  $140,000.00 in favor of ESPC and against Abel Orozco, AA&O Enterprises, Inc. and Discos Linda LLC, jointly and severally;

2.  $150,000.00 in favor of Cintas and against Abel Orozco, AA&O Enterprises, Inc. and Discos Linda LLC, jointly and severally;

3.  $7,283.90 in attorney fees as in favor of  ESPC and against Abel Orozco, AA&O Enterprises, Inc. and Discos Linda LLC, jointly and severally;

4.  $83,087.56 in costs in favor of ESPC and Cintas, jointly, and against Abel Orozco, AA&O Enterprises, Inc., and Discos Linda LLC, jointly and severally;

5.  $611,102.26 in attorney fees in favor of ESPC and Cintas, jointly, and against Abel Orozco, AA & O Enterprises, Inc. and Discos Linda LLC, jointly and severally; and

6.  Based on the foregoing judgment awards set forth in Item No.'s 1-5, Inclusive, hereinabove, judgment is hereby entered:

(A) In favor of ESPC and against Abel Orozco, AA & O Enterprises, Inc. and Discos Linda, LLC, jointly and severally, in the sum of $841,473.72;   (B) In favor of Cintas and against Abel Orozco, AA & O Enterprises, Inc. and Discos Linda, LLC, jointly and severally, in the sum of $844,189.82; and (C) the sum of $694,189.82 of each judgment as entered pursuant to paragraphs 6(A) and 6(B), respectively, above, being joint as between ESPC and Cintas, and against Abel Orozco, AA & O Enterprises, Inc. and Discos Linda, LLC, jointly and severally.

***THE HEARING SET FOR 2/14/2011 IS HEREBY VACATED***

IT IS SO ORDERED.

DATED:  2/7/2011

*Query B. Oller*

UNITED STATES DISTRICT JUDGE

[PROPOSED] FIRST AMENDED JUDGMENT

1  DATED:

2                                        _____

3                                        THE HONORABLE AUDREY B. COLLINS,

4                                        UNITED STATES DISTRICT COURT JUDGE

3